B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of South Carolina

In re    JAT, Inc. _____,    Case No. ___**13-07552**___

                              Debtor

                                                         Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 300,000.00 | | |
| B - Personal Property | Yes | 4 | 2,495,519.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 100,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 1,829,697.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 2,795,519.00 | | |
| Total Liabilities | | | | 3,429,897.00 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of South Carolina

In re    **JAT, Inc.**                            Case No.   **13-07552**

                                 Debtor          Chapter         **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **JAT, Inc.**                                                    Case No. ___**13-07552**___
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial Buildings and land located at 5135 Locust Hill Road, Travelers Rest, SC Tax Map #0648050100305 Tax assessed value $201,130.00 Debtor believes value to be closer to $300,000.00** | **Fee Simple** | - | **300,000.00** | **200,000.00** |

|  | Sub-Total > | **300,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **300,000.00** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

County Home Page | Search | Services | Legal Disclaimer

# REAL PROPERTY DETAILS

Details for Tax Year 2014

Select Another Tax Year: 2014 ▾        📍 View Map      📷 View Old Property Card      ✉ Change Mailing Address

## GENERAL INFORMATION

| | |
|---|---|
| Map #: | 0648050100305 |
| Tax Year: | 2014 |
| District: | 356 |
| Owner(s): | Jat Inc |
| Previous Owner: | Jat Inc |
| Care Of: | |
| Mailing Address: | 5163 Locust Hill Rd Travelers Rest, SC 29690 |

## DESCRIPTION

| | |
|---|---|
| Acreage: | 2.120 |
| Description: | A |
| Location: | 5135 Locust Hill Rd |
| Subdivision: | |
| Deed Book-Page: | 2407 - 4035 |
| Deed Date: | 06/22/2012 |
| Will: | |
| Sale Price: | |
| Plat Book-Page: | 45-L / 49 |

## CLASSIFICATION

| | |
|---|---|
| Jurisdiction: | 1 (County Jurisdiction) |
| Homestead Code: | No |
| Assessment Class: | OT - Non-Legal Residence |

## PROPERTY INFORMATION

| | |
|---|---|
| Bedrooms/Bathrooms: | 0 Bedrooms, 0 Bathrooms, Half Bathrooms |
| Square Footage: | 0 |
| Land Use: | 940 (Warehouse General) |

## VALUE

| | |
|---|---|
| Fair Market Value: | 201,130 |
| Taxable Market Value: | 200,526 |
| Total Rollback: | |

B6B (Official Form 6B) (12/07)

In re    **JAT, Inc.**                                          Case No.    **13-07552**
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TD Bank Account 7100858204 (Negative Balance)** | - | 0.00 |
| | | | **Independence Bank 200008233 (Negative balance)** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Protective Life Term Life Insurance Policy Debtor Owner Paul Trippe Insured Beneficiaries: Trippe's Children** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    0.00
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAT, Inc.**                                                        Case No.    **13-07552**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** **List Attached is Approximate** | - | 1,303,687.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,303,687.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

3:54 PM
01/02/14

## JAT, Inc.
## A/R Aging Summary
### As of January 2, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **APAC-ATLANIC INC.,Thompson Arthur Divisio** | | | | | | |
| C203222- Guilford NC | 0.00 | 23,985.00 | 105,792.65 | 96,829.00 | 0.00 | 226,606.65 |
| Rowan- C203102 | 8,803.30 | | | | 0.00 | 8,803.30 |
| **Total APAC-ATLANIC INC.,Thompson Arthur Divisio** | 8,803.30 | 23,985.00 | 105,792.65 | 96,829.00 | 0.00 | 235,409.95 |
| **BLYTHE BROTHERS ASPHALT CO** | | | | | | |
| C203131- Mecklenburg NC | 120,024.83 | 191,870.47 | 0.00 | 0.00 | 0.00 | 311,895.30 |
| BLYTHE BROTHERS ASPHALT CO - Other | 0.00 | 0.00 | 0.00 | 0.00 | 26,964.78 | 26,964.78 |
| **Total BLYTHE BROTHERS ASPHALT CO** | 120,024.83 | 191,870.47 | 0.00 | 0.00 | 26,964.78 | 338,860.08 |
| **BLYTHE CONSTRUCTION, INC.** | | | | | | |
| C203265- Davidson NC BONDED | 0.00 | 0.00 | 0.00 | 0.00 | -53,472.63 | -53,472.63 |
| NC C203065- Cabarrus County | 0.00 | 0.00 | 0.00 | 0.00 | 7,323.14 | 7,323.14 |
| **Total BLYTHE CONSTRUCTION, INC.** | 0.00 | 0.00 | 0.00 | 0.00 | -46,149.49 | -46,149.49 |
| **BOGGS PAVING** | | | | | | |
| C203396- Anson county | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BOGGS PAVING - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total BOGGS PAVING** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **FEREBEE CORPORATION** | | | | | | |
| C203001 Mecklenburg NC | 73,775.00 | 0.00 | 0.00 | 0.00 | 93,140.79 | 166,915.79 |
| City of Charlotte Resurfacing #2799 | 14,725.03 | 43,379.41 | 78,742.25 | 4,384.40 | 0.00 | 142,231.09 |
| Fort Mill SC- #8 | 5,984.58 | 5,217.92 | | | 0.00 | 11,202.50 |
| **Total FEREBEE CORPORATION** | 94,484.61 | 48,597.33 | 79,742.25 | 4,384.40 | 93,140.79 | 320,349.38 |
| **LANE** | | | | | | |
| 2342.039647-Greenville/Spartanburg County | 21,866.51 | 0.00 | 0.00 | 0.00 | -21,866.51 | 0.00 |
| 27.044400 Jasper SC | 82,818.32 | 0.00 | 0.00 | 0.00 | | 82,818.32 |
| 3.040875 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| **Total LANE** | 104,684.83 | 0.00 | 0.00 | 0.00 | -21,866.51 | 82,818.32 |
| **Maymead, Inc.** | | | | | | |
| C203165- Var, Iredell NC | 0.00 | 0.00 | 0.00 | 0.00 | | |
| C203235- Burke NC | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Maymead, Inc.- Other | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **Total Maymead, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **RBC** | | | | | | |
| RILEY PAVING INC | 0.00 | 0.00 | 0.00 | -194,000.00 | -255,657.93 | -389,657.93 |
| C203221 Guilford NC | | | | | | |
| **Total RILEY PAVING INC** | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **S.T. WOOTEN CORP** | | | | | | |
| C203139- Columbus NC BONDED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total S.T. WOOTEN CORP** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **SATTERFIELD CONSTRUCTION** | | | | | | |
| 30.040837- Laurens SC | 7,542.63 | 0.00 | 0.00 | 0.00 | -7,542.63 | 0.00 |
| 36.101201 | 518.78 | 0.00 | 0.00 | 0.00 | -518.78 | 0.00 |
| SATTERFIELD CONSTRUCTION - Other | 2,866.95 | 0.00 | 0.00 | 0.00 | -2,866.95 | 0.00 |
| **Total SATTERFIELD CONSTRUCTION** | 10,928.34 | 0.00 | 0.00 | 0.00 | -10,928.34 | 0.00 |

Page 1

3:54 PM
01/02/14

## JAT, Inc.
## A/R Aging Summary
### As of January 2, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| SLOAN CONSTRUCTION, COLUMBIA | | | | | | |
| 09.040878 Calhoun | 1,668.80 | 0.00 | 0.00 | 0.00 | -1,668.80 | 0.00 |
| Total SLOAN CONSTRUCTION, COLUMBIA | 1,668.80 | 0.00 | 0.00 | 0.00 | -1,668.80 | 0.00 |
| SLOAN CONSTRUCTION, DUNCAN | | | | | | |
| 30.03856?R?-Laurens, SC | 0.00 | 271,901.91 | 38,411.68 | 0.00 | 0.00 | 310,313.59 |
| Total SLOAN CONSTRUCTION, DUNCAN | 0.00 | 271,901.91 | 38,411.68 | 0.00 | 0.00 | 310,313.59 |
| TAYLOR & MURPHY CONSTRUCTION | | | | | | |
| 42.036165 | 0.00 | 0.00 | 0.00 | 0.00 | 15,936.33 | 15,936.33 |
| Total TAYLOR & MURPHY CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 15,936.33 | 15,936.33 |
| Unfactored Invoices | -151,216.77 | 0.00 | 0.00 | 0.00 | 151,216.77 | 0.00 |
| Wash Account for Factor 2012 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 189,377.94 | 536,354.71 | 249,426.05 | 19,268.80 | 174,418.71 | |

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAT, Inc.**                                                      Case No. ___**13-07552**___
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Insurance Claims** **Westfield Insurance Companies** **c/o BB&T - CIC** **864-297-4444** **Claim Numbers:** **NR-CMM-4995592-10-04-13-A** **R-CMM-4995592-07-30-13-A** **NR-CMM-4995592-06-17-13-A** **Value of these claims is unliquidated and therefore, unknown.** | - | Unknown |
| | | **Bond Claim against:** **Maymead, Inc. and Travelers Casualty and Surety Company of America** | - | 51,428.00 |
| | | **Bond Claim against:** **Boggs Paving Inc. and Liberty Mutual Insurance Co.** | - | 84,096.00 |
| | | **Bond Claim against:** **Riley Paving** | - | 152,947.00 |
| | | **Bond Claim against:** **S.T. Wooten Corp.** | - | 8,251.00 |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached list.** | - | 598,500.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

Sub-Total >                      895,222.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property



**WESTFIELD**
INSURANCE
*Sharing Knowledge. Building Trust.*

**Westfield Companies**
**Claims Information Report**

One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## Claims Summary

| Insured: | Policy Number: | Agency: |
|---|---|---|
| JAT INC | 4995592 | 392040 - BB&T - CIC |

### Claim Number    NR-CMM-4995592-11-30-13-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 11/30/2013 | $0.00 | Closed | FNSO |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile | $0.00 | Mitchem, Serena | |

**Description of Loss:**
DRIVERS REAR DOOR GLASS AND DRIVER FRONT DOOR GLASS WAS BROKEN

### Claim Number    NR-CMM-4995592-10-04-13-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 10/04/2013 | $0.00 | Open | FNSO |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile | $4,900.00 | Mitchem, Serena | |

**Description of Loss:**
OV PULLED IN FRONT OF IV CAUSING BOTH VEHICLES TO COLLIDE.

### Claim Number    R-CMM-4995592-07-30-13-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 07/30/2013 | $1,838.96 | Open | FNSO |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile | $150,000.00 | Mitchem, Serena | |

**Description of Loss:**
PER TERI/CUS - CREW IN PARKING LOT DOING MOISTURE CHECK, KEVIN (CREWWORKER)
LEFT AND TIMMY WIECZORK (FOREMAN) HEARD CRASH. NOT SURE WHAT HAPPENED.
IT IS BELIEVED HE SWERVED & CORRECTED HIMSELF AND STRUCK ANOHTER VEHICLE
PUSHING IT FROM NORTHBOUND LANE INTO SOUTHBOUND LANE

### Claim Number    NR-CMM-4995592-06-17-13-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 06/17/2013 | $7,862.24 | Open | Duluth Regional |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile | $942.00 | Jones, Lynn | |

**Description of Loss:**
IV REAR ENDED CV AS THE CV WAS TURNING INTO A PARKING LOT CAUSING THE CV
TO BE PUSHED AND SPUN AROUND INTO ANOTHER VEHICLE THAT WAS IN THE PARKING
LOT. 3 VEHICLES INVOVLED. PARKING LOT WAS EBENEZER BAPTIST CHURCH.
IT WAS RAINING

### Claim Number    NR-CMM-4995592-04-19-13-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 04/19/2013 | $16,300.00 | Closed | Charlotte |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile Property | $0.00 | Panko, Ron | |

**Description of Loss:**
THE TRAILER HITCH THAT WAS ON THE IV CAME OFF IV - CAUSED THE TRAILER TO
HIT A GUARDRAIL, WENT OVER INTO A MEDIAN AND HIT ANOTHER GUARDRAIL. PIECE
OF EQUIPMENT ON TRAILER IS DAMAGED.

### Claim Number    NR-CMM-4995592-11-21-11-A

| Date of Loss: | Cum Paid Loss: | Status: | Claims Office Name: |
|---|---|---|---|
| 11/21/2011 | $737.05 | Closed | Duluth Regional |

| Cause of Loss: | Outstanding Reserve: | Office Manager: | |
|---|---|---|---|
| Automobile | $0.00 | Jones, Lynn | |

CHART OF VEHICLES

| 2007 | Isuzu | FXR Custom Built Specialty | 4 GTT8F4B67F711231 | 54,000 | 300,000.00 |
|------|-------|----------------------------|--------------------|--------|------------|
| 2003 | GMC | Td7500 New Mark ** | 1GDM71C12J51742 | 180,000 | 80,000.00 |
| 1990 | Isuzu | NPRN Thermo Truck | JALB4B1H8L7006281 | 358,000 | 18,000.00 |
| 1998 | Isuzu | NPRN Marker Adhesive Truck | JALC4BK7W7000184 | 156,000 | 15,000.00 |
| 1990 | Isuzu | NPRN Marker Adhesive Truck | JALB4B1H8L7003848 | 176,000 | 6,000.00 |
| 1995 | Interna | Attenuator Truck/Mess Ctr | IHTSCAAL9SH646739 | 287,000 | 18,000.00 |
| 1996 | Interna | Attenuator Truck * | IHTSCAAL8TH260122 | 250,000 | 11,000.00 |
| 1987 | Interna | Box Truck | 1HTLDWPM1HH483673 | Storage | 1,000.00 |
| 2006 | Chevy | Pickup C1500 | 3GCEC14X16G152657 | 196,000 | 3,000.00 |
| 2001 | Ford | Pickup F350 | 1FTWW33F21EA13962 | 412,000 | 2,000.00 |
| 2006 | Dodge | Pickup Ram | 3D7MX48C16G123612 | 156,000 | 13,000.00 |
| 2000 | Ford | Pickup F650 | 3FDNF6520YMA17161 | 218,000 | 15,000.00 |
| 1994 | Frht | Attenuator Truck (Blown Eng) | 1FV6HFAC2RL618760 | | 2,000.00 |
| 1996 | Frht | Conventional (Blown Eng)**** | 1FUYDCYB0TP771352 | | 2,000.00 |
| 1995 | Isuzu | Attenuator Truck | JALK7A127S3200657 | 262,000 | 18,000.00 |
| 1992 | Isuzu | NPR Epoxy Unit * | JALE5B1U6N3000173 | 230,000 | 10,000.00 |
| 2004 | Ford | Pickup Ranger | 1FTYR10U64PA66857 | 143,000 | 5,000.00 |
| 1992 | Ford | Cargo Truck – Long Liner | 1FDYH81A3NVA21044 | 143,000 | 20,000.00 |
| 1993 | Isuzu | NPRN Paint Truck | JALC4B1K5P7006602 | 166,000 | 10,000.00 |
| 1994 | Isuzu | NPRN (Wrecked) | JALB4B1K5R7011488 | | Ins Claim ? |
| 1987 | Ford | Pickup Diesel | 1FDNT74AXHVA48382 | 117,000 | 4,000.00 |
| 2007 | Ford | Pickup F550 *** | 1FDAW57P87EB35254 | | 12,500.00 |
| 1996 | Frht | Attenuator Truck | 1FV3GFACXTL672434 | 203,000 | 11,000.00 |
| 1991 | Interna | Attenuator Truck | 1HTSDNUN3MH379683 | 204,000 | 11,000.00 |
| 2001 | Interna | Attenuator Truck * | 1HTSCABMX1H311446 | | 11,000.00 |

Majority of vehicles are specific to industry.

***Located in Salisbury North Carolina (3)**

**\*\*Located at Continental Engines, Greenville SC (1)**

**\*\*\*Located at Duncan Diesel, Duncan SC (1)**

**\*\*\*\*Located at Christopher Trucks, Greenville SC (1)**



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| JALB4B1H8L7006281 | 1990 | ISU | NPRNPR | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| PK | 6/13/2013 | 0 | 5000 | 770490264621940 |

VEHICLE BRAND(S)***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
EXEMPT

FULL NAME OF OWNER(S)        CUSTOMER NUMBER:        30521292
JAT INC
5135 LOCUST HILL RD
TRAVELERS REST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                                NIKKI R. HALEY
EXECUTIVE DIRECTOR                             GOVERNOR

KEEP IN A SAFE PLACE / ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38417990

S14EZ0122A

# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| JALC4B1K7W7000184 | 1998 | ISU | NPRNPR | USED |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 03-29-2011 | 139,247 | 5100 | 770490231470546 |

VEHICLE BRAND(S)
**EXCEEDS MECH LIMITS**

FULL NAME OF OWNER(S)          CUSTOMER NUMBER: **025931756**
**TRIPPE, PAUL MARK OR**
**JAT INC OR**
**205 BLUE SKY DR**
**SUNSET SC 296852604**

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                GOVERNOR

042201065



STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
OF A VEHICLE

VEHICLE ID NUMBER
JALB4B1H8L7003848

YEAR   MAKE
1990   ISU

MODEL
NPRNPR

NEW/USED
USED

BODY STYLE    DATE
TK           8/29/2013

ODOMETER   WEIGHT
117478     11500

TITLE NUMBER
770490267992009

VEHICLE BRAND(S)
EXCEEDS MECH LIMITS

FULL NAME OF OWNER(S)
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

CUSTOMER NUMBER:    17898033

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

NIKKI R. HALEY
GOVERNOR

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38452006



# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| 1HTSCAAL9SH646739 | 1995 | INTL | 40S470 | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 6/13/2013 | 0 | 14100 | 770490264621577 |

VEHICLE BRAND(S)***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
EXEMPT

FULL NAME OF OWNER(S)      CUSTOMER NUMBER:      30521292
JAT INC
5135 LOCUST HILL RD
TRAVELERS REST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                              NIKKI R. HALEY
EXECUTIVE DIRECTOR                           GOVERNOR

KEEP IN A SAFE PLACE  ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38417989





# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|---|
| 1HTSCAAL8TH260122 | | 1996 | INTL | 40S470 | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 03/15/2007 | 203457 | 1300 | 770490172883665 B |

VEHICLE BRAND(S)
**ACTUAL MILEAGE**

FULL NAME OF OWNER(S)         CUSTOMER NUMBER:   30521292
**JAT INC**
**5135 LOCUST HILL RD**
**TRAVELERS REST SC 296908636**

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

| MARCIA S. ADAMS | MARK SANFORD |
|---|---|
| EXECUTIVE DIRECTOR | GOVERNOR |

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

36933300



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

VEHICLE ID NUMBER
1HTLDWPM1HH483673

YEAR    MAKE    MODEL    NEW/USED
1987    INTL    SS 9V4    USED

BODY STYLE    DATE    ODOMETER    WEIGHT    TITLE NUMBER
TK    6/13/2013    0    13000    770490264623433

VEHICLE BRAND(S)***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
EXEMPT

FULL NAME OF OWNER(S)    CUSTOMER NUMBER:    17898033
J A T INC
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO    NIKKI R. HALEY
EXECUTIVE DIRECTOR    GOVERNOR

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38417991



# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| 3GCEC14X16G152657 | 2006 | CHEV | C1500 | USED |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| PK | 11-09-2012 | 155,392 | 4257 | 770230255571484B |

VEHICLE BRAND(S)
**ACTUAL MILEAGE**

FULL NAME OF OWNER(S)                CUSTOMER NUMBER: **031155105**
**JAT INC OR**
**TRIPPE, PAUL MARK**
**5135 LOCUST HILL RD**
**TRAVELERS REST SC 296908636**



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                          NIKKI R. HALEY
EXECUTIVE DIRECTOR                       GOVERNOR

043954344



STATE OF SOUTH CAROLINA
CERTIFICATE OF TITLE
OF A VEHICLE

VEHICLE ID NUMBER
1FTWW33F21EA13962

YEAR  MAKE  MODEL
2001  FORD  F350 S

NEW/USED
USED

BODY STYLE   DATE
PK           8/29/2013

ODOMETER  WEIGHT
258669    6900

TITLE NUMBER
770490267991266 D

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

CUSTOMER NUMBER:    17898033

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

NIKKI R. HALEY
GOVERNOR

KEEP IN A SAFE PLACE   ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38452005





# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | | NEW/USED |
|---|---|---|---|---|---|---|
| 3D7MX48C16G123612 | | 2006 | DODG | RAM | | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| PK | 8/22/2013 | 200000 | 7287 | 770630267678062 |

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)          CUSTOMER NUMBER:     17898033
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                                 GOVERNOR

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

38443655



# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

VEHICLE ID NUMBER
3FDNF6520YMA17161

YEAR   MAKE     MODEL       NEW/USED
2000   FORD     COFF6S      USED

BODY STYLE      DATE            ODOMETER    WEIGHT     TITLE NUMBER
VN              6/13/2013       44791       8687       770490264624340

VEHICLE BRAND(S)***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
ACTUAL MILEAGE

FULL NAME OF OWNER(S)        CUSTOMER NUMBER:      17898033
J A T INC
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                              NIKKI R. HALEY
EXECUTIVE DIRECTOR                           GOVERNOR

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38417993



## STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | | NEW/USED |
|---|---|---|---|---|---|---|
| 1FV6HFAC2RL618760 | | 1994 | FRHT | FL70 | | NEW |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 8/22/2013 | 165512 | 12000 | 770490267633678 A |

VEHICLE BRAND(S) ***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
ACTUAL MILEAGE

FULL NAME OF OWNER(S)          CUSTOMER NUMBER:     17898033
J A T INC
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                                 GOVERNOR

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

38418676

Good.

S2033B



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| 1FUYDCYB0TP771352 | | 1996 FRHT | CONVEN | NEW |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 03-31-2003 | 489,957 | 17000 | 770630109568737A |

**VEHICLE BRAND(S)**
**ACTUAL MILEAGE**

**FULL NAME OF OWNER(S)**          CUSTOMER NUMBER:   030249392
**JAT, INC**
**425 STYLES RD**
**TAYLORS SC 296876053**

**FIRST LIENHOLDER**
**CITICAPITAL COMMERCIAL CORP**
**PO BOX 168647**
**IRVING TX 750168647**
**DATE OF LIEN:   03/21/2003**

1ST LIEN RELEASED 8-3-06
(DATE)
BY _____
(AUTHORIZED AGENT)

THE SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

B. BOYKIN ROSE, DIRECTOR          MARK SANFORD, GOVERNOR
DEPT. OF PUBLIC SAFETY

033489136



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| JALK7A127S3200657 | 1995 | ISU | FTR | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 6/13/2013 | 75062 | 10000 | 770490264624126 |

VEHICLE BRAND(S)***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE***DUPLICATE
DUPLICATE CERTIFICATE, SUBJECT TO THE ORIGINAL
ACTUAL MILEAGE

FULL NAME OF OWNER(S)          CUSTOMER NUMBER:     17898033
J A T INC
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                              NIKKI R. HALEY
EXECUTIVE DIRECTOR                           GOVERNOR

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38417992



STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | | NEW/USED |
| --- | --- | --- | --- | --- | --- | --- |
| JALE5B1U6N3000173 | | 1992 | ISU | NRRNRR | | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
| --- | --- | --- | --- | --- |
| TK | 8/29/2013 | 49690 | 7500 | 770490267992652 |

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)      CUSTOMER NUMBER:      17898033
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                 GOVERNOR

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38452007





# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

VEHICLE ID NUMBER
1FTYR10U64PA66857

YEAR  MAKE    MODEL      NEW/USED
2004  FORD    RANGER     USED

BODY STYLE   DATE
PK           8/26/2013

ODOMETER  WEIGHT   TITLE NUMBER
112638    3056     770490267800111

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)     CUSTOMER NUMBER:     17898033
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                          NIKKI R. HALEY
EXECUTIVE DIRECTOR                       GOVERNOR

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38418500



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE



VEHICLE ID NUMBER        YEAR   MAKE     MODEL        NEW/USED
1FDYH81A3NVA21044         1992   FORD     CARGO        USED

BODY STYLE      DATE         ODOMETER   WEIGHT    TITLE NUMBER
TK              8/22/2013    0          26000     770630267679755

VEHICLE BRAND(S)
EXEMPT

FULL NAME OF OWNER(S)         CUSTOMER NUMBER:      17898033
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                              NIKKI R. HALEY
EXECUTIVE DIRECTOR                           GOVERNOR

KEEP IN A SAFE PLACE   ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38443656

 



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

**VEHICLE ID NUMBER**
JALC4B1K5P7006602

**YEAR** 1993  **MAKE** ISU  **MODEL** NPR  **NEW/USED** USED

**BODY STYLE** TK  **DATE** 8/27/2013  **ODOMETER** 189263  **WEIGHT** 10250  **TITLE NUMBER** 770230267859166

**VEHICLE BRAND(S)**
ACTUAL MILEAGE

**FULL NAME OF OWNER(S)**
TRIPPE, PAUL MARK OR
JAT INC
205 BLUE SKY DR
SUNSET, SC 29685-2604

**CUSTOMER NUMBER:**  25931756

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

NIKKI R. HALEY
GOVERNOR

KEEP IN A SAFE PLACE    ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38469802



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

VEHICLE ID NUMBER
JALB4B1K5R7011488

YEAR  MAKE
1994  ISU

MODEL
NPRNPR

NEW/USED
USED

BODY STYLE    DATE
TK            8/26/2013

ODOMETER  WEIGHT
0         5000

TITLE NUMBER
770490267797663 B

VEHICLE BRAND(S)
EXEMPT

FULL NAME OF OWNER(S)
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

CUSTOMER NUMBER:      17898033



THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

NIKKI R. HALEY
GOVERNOR

KEEP IN A SAFE PLACE   ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38418499



**STATE OF SOUTH CAROLINA**
**CERTIFICATE OF TITLE**
**OF A VEHICLE**

VEHICLE ID NUMBER                 YEAR   MAKE    MODEL              NEW/USED
1FDNT74AXHVA48382                 1987   FORD    MEDIUM             USED

BODY STYLE      DATE              ODOMETER   WEIGHT   TITLE NUMBER
TR              6/12/2013         117223     6800     770490264567853

VEHICLE BRAND(S)
EXCEEDS MECH LIMITS

FULL NAME OF OWNER(S)             CUSTOMER NUMBER:     31155105
JAT INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS REST, SC 29690-8636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                                 GOVERNOR

KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

38417227

0578303035 FORD - CL

480630000000000000 4203 5474



# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | | NEW/USED |
|---|---|---|---|---|---|---|
| 1FDAW57P87EB35254 | | 2007 | FORD | F550 | | NEW |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| TK | 03-05-2007 | 5 | 7619 | 772060172020788A |

VEHICLE BRAND(S)
**ACTUAL MILEAGE**

FULL NAME OF OWNER(S)          CUSTOMER NUMBER: **030249392**
**JAT, INC**
**5135 LOCUST HILL RD**
**TRAVELERS REST SC 296908636**

FIRST LIENHOLDER
**FORD MOTOR CREDIT COMPANY**
**PO BOX 105704**
**ATLANTA GA 303485704**
DATE OF LIEN       **02/16/2007**

1ST LIEN RELEASED

BY _____ (DATE)
          (AUTHORIZED AGENT)

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

**MARCIA S. ADAMS**                    **MARK SANFORD**
**EXECUTIVE DIRECTOR**                 **GOVERNOR**

037826084





# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

VEHICLE ID NUMBER
1FV3GFACXTL672434

| YEAR | MAKE | MODEL | NEW/USED |
|------|------|-------|----------|
| 1996 | FRHT | MED CO | USED |

| BODY STYLE | DATE | ODOMETER | WEIGHT | TITLE NUMBER |
|------------|------|----------|--------|--------------|
| TR | 8/23/2013 | 0 | 8700 | 770490267728908 B |

VEHICLE BRAND(S)
EXEMPT

FULL NAME OF OWNER(S)        CUSTOMER NUMBER:        17898033
J A T INC OR
TRIPPE, PAUL MARK
5135 LOCUST HILL RD
TRAVELERS RST, SC 29690-8636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE
PERSON HEREIN IS REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE
VEHICLE DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

KEVIN A. SHWEDO                    NIKKI R. HALEY
EXECUTIVE DIRECTOR                 GOVERNOR

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

38418497

 08-80-44  78800140085-2

# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE



| VEHICLE ID NUMBER | YEAR | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|
| 1HTSDNUN3MH379683 | 1991 | INTL | TRK | 40S490 |

| WEIGHT | NEW/USED | TITLE NUMBER | ODOMETER | DATE ISSUED |
|---|---|---|---|---|
| 100 | USED | 28031648 | 115,218 * | 04-06-1998 |

FULL NAME OF OWNER(S)                    VEHICLE BRAND(S)
J A T INC                              *ACTUAL MILEAGE
425 STYLES ROAD
TAYLORS    SC 29687

FIRST LIENHOLDER            1ST LIEN RELEASED 3/21/01
BB&T OF SOUTH CAROLINA                        DATE
P O BOX 1506               BY _Jammy L Kellar_
LUMBERTON   NC 28359           AUTHORIZED AGENT
DATE OF LIEN 08-29-1997

THE SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
HEREBY CERTIFIES THAT THE PERSON HEREIN IS REGISTERED BY
THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE
DESCRIBED SUBJECT TO THE LIENS, IF ANY, HEREIN SET FORTH.

J. GLENN BECKHAM            DAVID M. BEASLEY
DEPUTY DIRECTOR            GOVERNOR
DMV

KEEP IN SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE

29337658

S14EZ0122A



STATE OF SOUTH CAROLINA
CERTIFICATE OF TITLE
OF A VEHICLE

VEHICLE ID NUMBER       YEAR   MAKE    MODEL       NEW/USED
1HTSCABMX1H311446       2001   INTL    4000 S      USED

BODY STYLE    DATE ISSUED    ODOMETER    WEIGHT    TITLE NUMBER
TR            06-11-2013                 11000     770490264535819

VEHICLE BRAND(S)
EXEMPT

FULL NAME OF OWNER(S)                CUSTOMER NUMBER:  017898033
J A S T INC DBA
TRIPLE PAUL MARK
5335 LOCUST HILL RD
TRAVELERS RST SC 296908636

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

KEVINA SHWEDO                         NIKKI R HALEY
EXECUTIVE DIRECTOR                    GOVERNOR

044598843

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAT, Inc.**                                                    Case No.    **13-07552**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **See attached list.** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous Machinery, Fixtures and Equipment.** | - | 198,110.00 |
| 30. Inventory. | | **Inventory of Work Product** | - | 88,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Shop Camera Security System (SPI Security installed and may buy back)** | - | 10,000.00 |

|  |  |
|---|---|
| Sub-Total > | 296,610.00 |
| (Total of this page) | |
| Total > | 2,495,519.00 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**Office Equipment, Furnishings and Supplies**

| |
|---|
| (2) Chairs in Foyer |
| (1) Foyer Table |
| Desk, Computer and Cabinet (1st Office) |
| Phone System |
| Boards |
| Bookcase |
| (2) Four Drawer Filing Cabinets |
| Conference Table and Four Chairs |
| Small Refrigerator |
| Microwave |
| Tables |
| (2) Desks, (2) Computers, (3) Chairs (2nd Office) |
| Desk, Table, Storage and Printer (3rd Office) |

**Miscellaneous Machinery Fixtures and Equipment**

| | |
|---|---|
| New Holland Skid Loader | 5,000.00 |
| 7 Ton Trailer | 7,000.00 |
| New Holland Skid Loader | 13,000.00 |
| Trailer | 3,000.00 |
| New Holland Skid Loader * | 5,000.00 |
| Trailer * | 2,000.00 |
| 45' Mcelreth Trailer with (2) 4000 lb cooker kettles * | 30,000.00 |
| New Holland (2) Buckets and Sweepster | 4,000.00 |
| 55 gallon drum loading attachment | 300.00 |
| Diesel Fuel Tanl | 1,000.00 |
| 8' Blue Trailer with Snow Plow Saw/Ecco Saw | 15,000.00 |
| Green Handliner Unit 500 lb Capacity with Trailer | 2,500.00 |
| Yellow 2000 lb Capacity Thermo Unit with Trailer | 15,000.00 |
| Handliner Unit 1000 lb Capacity attached to 2000 Ford F650 | 15,000.00 |
| Hand Tools on Trucks | 3,000.00 |

**\*Located in Salisbury, North Carolina**

**Miscellaneous Machinery Fixtures and Equipment Located Inside Shop Building**

| | |
|---|---|
| (2) Tool Boxes | 100.00 |
| (7) Pneumatic Tools | 150.00 |
| (3) Drill Press | 1050.00 |
| Lathe | 200.00 |
| (3) Grinders | 150.00 |
| (3) Band Saw | 1800.00 |
| (2) Vice | 50.00 |
| (6) Shop Tables | 400.00 |
| Hydraulic Jack | 30.00 |
| Pepsi Dispenser | 150.00 |
| (5) Gas Bottles/Oxygen | 200.00 |
| Pressure Washer | 200.00 |
| Car Lift | 5,000.00 |
| Bolts Bin with Bolts | 1,500.00 |
| Water Cooler | 25.00 |
| Bolts Bin with Hydraulic Fittings | 2,000.00 |
| Bolts Bin with Plumbing Fittings | 1,000.00 |
| Hose Crimping Machine | 1,000.00 |
| Sand Blasting Machine | 1,000.00 |
| (2) Parts Washer | 900.00 |
| Makita Chop Saw | 100.00 |
| Engine Stand | 100.00 |

| | |
|---|---|
| Misc. Hydraulic Floor Jacks | 2,000.00 |
| (5) Office Chairs | 100.00 |
| (2) Apollo Handliners | 5,000.00 |
| (2) Battery Charger | 100.00 |
| (2) Plasma Torch PCM-5001 | 1500.00 |
| Tig Welder | 1,200.00 |
| (2) Mig Welder | 2,000.00 |
| Tig Arch Welder | 2,000.00 |
| (2) Gas Torches | 150.00 |
| Ladders | 100.00 |
| Gas Heater | 50.00 |
| (3) Shop Fans | 150.00 |
| Table Jack | 100.00 |
| Flood Light | 25.00 |
| (2) Hand Grinders, Skill Saw, Saws All | 200.00 |
| (2) Pallet Jack | 400.00 |
| (2) Air Compressors | 175.00 |
| Old Handliner | 100.00 |
| New Wanco Arrow Board | 1,000.00 |
| Roll Press Shearer | 400.00 |
| Cold Plainer/Line Remover | 3,000.00 |
| Pallet  Striper | 4,000.00 |
| Shop Vac | 25.00 |
| Lawn Mower | 1,000.00 |
| Damaged Grinder | 1,000.00 |
| Old Slot Saw | 1,000.00 |
| Damaged Double Drop Handliner | 2,000.00 |
| Shop Desk, Computer, Chair, Filing Cabinet | 200.00 |

## Storage Building One (Located on Site)

| | |
|---|---|
| Building | 3,000.00 |
| Grinder | 2,000.00 |
| Spare Wisconsin Motor | 5,000.00 |
| Signs and Sign Stands | 1,000.00 |

## Storage Building Two (Located on Site)

| | |
|---|---|
| Building | 3,000.00 |
| Cans of Paint, Misc. Tools and Misc Office Supplies | 400.00 |

**Storage Building Three (Located on Site)**

| | |
|---|---|
| Building | 3,000.00 |
| (2) Generators | 400.00 |
| Bolts Bin with Bolts | 2,000.00 |
| Misc. Supplies | 1,000.00 |
| (9) Fire Extinguishers | 200.00 |

**Storage Building Four (Located on Site)**

| | |
|---|---|
| Building | 3,000.00 |
| (2) Generator | 150.00 |
| (2) Air Compressor | 150.00 |
| (3) Steel Racks | 2,000.00 |
| Leaf Blower | 25.00 |
| Misc. Supplies | 1,000.00 |
| (2) Grinder | 1800.00 |
| Wheel Barrow | 50.00 |
| Banding Machine | 800.00 |
| Water Cooler | 25.00 |
| (2) Broken Air Compressors | 30.00 |
| Band Saw | 100.00 |
| Pressure Washer | 100.00 |
| Sign Stands (located under shed) | 1,000.00 |

# JAT, Inc.
## Inventory Valuation Summary
### As of December 31, 2013

| | On Hand | Avg Cost | Asset Value | % of Tot Asset | Sales Price | Retail Value | % of Tot Retail |
|---|---|---|---|---|---|---|---|
| Inventory | | | | | | | |
| 4X4 RED/CLEAR PERM. MARKERS | 2,179 | 0.65 | 1,411.56 | 0.5% | 0.00 | 0.00 | 0% |
| Bi-DIR Yellow RPM | 14,900 | 0.74 | 11,027.10 | 4% | 4.00 | 59,600.00 | 67.7% |
| Clear Mono RPM | -20 | 0.78 | -15.60 | -0% | 0.00 | 0.00 | 0% |
| Material I | 1 | 34,859.99 | 34,859.99 | 12.5% | 0.00 | 0.00 | 0% |
| Mono Yellow RPM | 6,900 | 0.78 | 5,382.00 | 1.9% | 4.00 | 27,600.00 | 31.4% |
| NC Glass Bead | 3.5 | 590.00 | 2,065.00 | 0.7% | 0.00 | 0.00 | 0% |
| NC White Thermoplastic | 22.5 | 1,808.64 | 40,694.40 | 14.6% | 0.00 | 0.00 | 0% |
| NC Yellow Thermoplastic | 27 | 1,808.64 | 48,833.28 | 17.5% | 0.00 | 0.00 | 0% |
| RPM ADHESIVE Bituminous | 32 | 25.00 | 800.00 | 0.3% | 25.00 | 800.00 | 0.9% |
| SC E16 TYPE 4 GLASS | 1 | 980.00 | 980.00 | 0.4% | 0.00 | 0.00 | 0% |
| SC Glass Bead | 6.5 | 6.30 | 40.95 | 0% | 0.00 | 0.00 | 0% |
| SC White Profile | 0.25 | 1,708.00 | 427.00 | 0.2% | 0.00 | 0.00 | 0% |
| SC White Thermo | 55 | 1,331.20 | 73,216.00 | 26.3% | 0.00 | 0.00 | 0% |
| SC Yellow Thermo | 46 | 1,276.09 | 58,700.00 | 21.1% | 0.00 | 0.00 | 0% |
| Total Inventory | 24,153.75 | | 278,421.68 | 100.00% | | 88,000.00 | 100.00% |
| **TOTAL** | **24,153.75** | | **278,421.68** | **100.00%** | | **88,000.00** | **100.00%** |

B6D (Official Form 6D) (12/07)

In re    **JAT, Inc.**                                                          Case No. ____**13-07552**____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x3112**<br><br>**Independence National Bank**<br>**PO Box 1776**<br>**Greenville, SC 29602** | X | - | Mortgage (May be unrecorded)<br>Commercial Buildings and land located at<br>5135 Locust Hill Road, Travelers Rest, SC<br>Tax Map #0648050100305<br>Tax assessed value $201,130.00<br>Debtor believes value to be | | | | | |
| | | | Value $                 300,000.00 | | | | 200,000.00 | 0.00 |
| Account No.<br><br>**Republic Business Credit, LLC**<br>**201 St. Charles Avenue, Suite 2409**<br>**New Orleans, LA 70170** | X | - | UCC Filing<br><br>Accounts Receivable<br>List Attached is Approximate | | | | | |
| | | | Value $               1,303,687.00 | | | | 800,000.00 | 0.00 |
| Account No.<br><br>**Utica Leaseco, LLC**<br>**Attn:  David K. Levy, President**<br>**44225 Utica Road**<br>**Utica, MI 48317** | X | - | UCC Filing<br><br>List of vehicles and equipment | | | | | |
| | | | Value $                 796,610.00 | | | | 500,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,500,000.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 1,500,000.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **JAT, Inc.**                                                          Case No.    **13-07552**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                        <u>1</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    JAT, Inc.                                                              Case No.    13-07552
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Real Property Taxes | | | | | | |
| Greenville County Auditor Suite 800 301 University Ridge Greenville, SC 29601 | | - | | | | | 5,200.00 | 5,200.00 | 0.00 |
| Account No. | | | Withholding Taxes August 2013 - December 2013 | | | | | | |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | - | | | | | 75,000.00 | 0.00 | 75,000.00 |
| Account No. | | | Withholding Taxes August 2013 - December 2013 | | | | | | |
| SC Dept of Rev. & Tax PO Box 12265 Columbia, SC 29211 | | - | | | | | 15,000.00 | 0.00 | 15,000.00 |
| Account No. | | | Taxes | | | | | | |
| SC Dept. of Employment & Workforce P.O. Box 7103 Columbia, SC 29202 | | - | | | | | 5,000.00 | 0.00 | 5,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 100,200.00 | 5,200.00 / 95,000.00 |
| Total (Report on Summary of Schedules) | 100,200.00 | 5,200.00 / 95,000.00 |

B6F (Official Form 6F) (12/07)

In re      **JAT, Inc.**                                                                  Case No. _____**13-07552**_____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Advance Tape Markings** **24288 Network Place** **Chicago, IL 60673** | - | | | | | | 9,175.00 |
| Account No. | | | Vendor | | | | |
| **American Towing & Recovery** **25 Fox Road** **Lyman, SC 29365** | - | | | | | | 15,596.00 |
| Account No. | | | Vendor | | | | |
| **Amerigas** **PO Box 660288** **Dallas, TX 75266** | - | | | | | | 6,231.00 |
| Account No. **x-xxxxx xxx x-x1005** | | | Credit Cards | | | | |
| **AMEX** **PO Box 650448** **Dallas, TX 75265-0448** | - | | | | | | 120,000.00 |

| | | |
|---|---|---|
| __7__   continuation sheets attached | Subtotal (Total of this page) | 151,002.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    JAT, Inc.                                          Case No.    13-07552
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Andy Oxy PO Box 6389 Asheville, NC 28816 | | - | | | | | | 57.00 |
| Account No. | | | | Credit Card | | | | |
| AT&T Universal PO Box 5014 Carol Stream, IL 60197 | | - | | | | | | 400.00 |
| Account No. | | | | Vendor | | | | |
| Atlas COPC Const. PO Box 200948 Pittsburgh, PA 15251 | | - | | | | | | 804.00 |
| Account No. | | | | Services | | | | |
| BANNISTER, WYATT & KAPPEL, LLC PO BOX 10007 Greenville, SC 29603 | | - | | | | | | 5,311.00 |
| Account No. | | | | Services | | | | |
| Batson Accounting and Tax 20 Washington Park Greenville, SC 29601 | | - | | | | | | 935.00 |

Sheet no. _1_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    7,507.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                                                 Case No.    **13-07552**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| BC Cannon 2501 Rutherford Road Greenville, SC 29609 | - | | | | | | 7,023.00 |
| Account No. | | | Vendor | | | | |
| Christopher Trucks 1601 Whitehorse Road Greenville, SC 29611 | - | | | | | | 4,835.00 |
| Account No. | | | Vendor | | | | |
| Clarkson Walsh Terrell & Coulter 1164 Woodruff Oaks Lane Greenville, SC 29607 | - | | | | | | 1,593.00 |
| Account No. | | | Settlement of lawsuit regarding Larry D. Cohen, LLC, Trust Account | | | | |
| DOBCO, Sherwin Williams c/o Grimball & Cabaniss, LLC PO Box 816 Charleston, SC 29402 | | | | | | | 300,000.00 |
| Account No. | | | Vendor | | | | |
| Echols Oil 756 Poinsett Hwy Greenville, SC 29609 | - | | | | | | 513.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    313,964.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                            Case No. ___**13-07552**___

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Eller Diesel Truck & Trailer 1020 Peeler Road Salisbury, NC 28147 | | - | | | | | 4,318.00 |
| Account No. | | | Vendor | | | | |
| Ennis Flint/Paint/Traffic Safety 115 Todd Court Thomasville, NC 27360 | | - | | | | | 966,000.00 |
| Account No. | | | Vendor | | | | |
| Estill Gas Company 416 Railroad Ave SE Estill, SC 29918 | | - | | | | | 374.00 |
| Account No. | | | Vendor | | | | |
| Haynes Locksmith Shop 365 Paige Drive Salisbury, NC 28147 | | - | | | | | 150.00 |
| Account No. | | | Business loans to Debtor | | | | |
| James A. Trippe Jr. 7 Terrain Drive Greenville, SC 29605 | | - | | | | | 125,000.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,095,842.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                                            Case No.    **13-07552**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kennison Dudley & Crawford**<br>**704 E. McBee Avenue**<br>**Greenville, SC 29601** | - | | | **Services** | | | | 0.00 |
| Account No.<br><br>**Labor Finders**<br>**4040 Chesapeake Drive**<br>**Charlotte, NC 28216** | - | | | **Vendor** | | | | 4,003.00 |
| Account No.<br><br>**Linder Industrial Machinery Co**<br>**525 State Road S-42-653**<br>**Greer, SC 29651** | - | | | **Vendor** | | | | 200.00 |
| Account No.<br><br>**Morris Business Solutions**<br>**15 Possum Trot**<br>**Asheville, NC 28806** | - | | | **Vendor** | | | | 300.00 |
| Account No.<br><br>**Ozark**<br>**848 Sprott Drive**<br>**Montgomery, AL 36117** | - | | | **Vendor** | | | | 145,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                149,503.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                                  Case No.    **13-07552**
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Penske** **1116 White Horse Road Ext** **Greenville, SC 29605** | | - | | | | | 2,427.00 |
| Account No. | | | Vendor | | | | |
| **Pitney Bowes** **1 Elmcroft Road** **Stamford, CT 06926** | | - | | | | | 196.00 |
| Account No. | | | Vendor | | | | |
| **Precept Staffing** **328 Hillcrest Square** **Laurens, SC 29360** | | - | | | | | 2,728.00 |
| Account No. | | | Vendor | | | | |
| **Research Derivitaves** **5045 College Oak Drive** **Sacramento, CA 95841** | | - | | | | | 2,706.00 |
| Account No. | | | Notice purposes only | | | | |
| **SC Department of Transportation** **PO Box 191** **Columbia, SC 29201** | | - | | | | | 0.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,057.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                                Case No. _____**13-07552**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Suburban Propane 317 Chapin Road Chapin, SC 29036 | - | | | | | | 687.00 |
| Account No. | | | Vendor | | | | |
| Sunbelt Rentals 2612 Old Highway 14 Greer, SC 29650 | - | | | | | | 5,409.00 |
| Account No. | | | Vendor | | | | |
| Thomas Gasco 2772 Armentrout Drive Concord, NC 28025 | - | | | | | | 4,224.00 |
| Account No. | | | Vendor | | | | |
| Uline 12575 Uline Drive Pleasant Prairie, WI 53158 | - | | | | | | 405.00 |
| Account No. | | | Vendor | | | | |
| WCI of SC 1010 Rodger Bridge Road Duncan, SC 29334 | - | | | | | | 97.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **10,822.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **JAT, Inc.**                                                  Case No.    **13-07552**
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Weissker Manufacturing**<br>**2271 Tucker Exchange**<br>**Palestine, TX 75801** | | - | **Vendor** | | | | 93,000.00 |
| Account No.<br><br>**Wells Fargo**<br>**1200 West 7th Street Ste L2-200**<br>**Los Angeles, CA 90017** | | - | **Not sure what this is or how much they are owed.** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no.  **7**  of  **7**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 93,000.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,829,697.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re    **JAT, Inc.**                                                    Case No. _____**13-07552**_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Banks Construction**<br>**PO Box 71505**<br>**North Charleston, SC 29415** | **Debtor rejects any and all outstanding contracts regarding this entity.** |
| **Blythe Construction, Inc.**<br>**PO Box 31635**<br>**Charlotte, NC 28231** | **Debtor rejects any and all outstanding contracts regarding this entity.** |
| **Ferebee Corporation**<br>**PO Box 480066**<br>**Charlotte, NC 28269** | **Debtor rejects any and all outstanding contracts regarding this entity.** |
| **Morris Business Solutions**<br>**155 Commons Way**<br>**Greenville, SC 29611** | **Debtor rejects lease of copier.** |
| **Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956** | **Debtor rejects lease of postage meter.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **JAT, Inc.**                                                    Case No. _____**13-07552**_____

                                           Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James A. Trippe Jr.**<br>**7 Terrain Drive**<br>**Greenville, SC 29605** | **Utica Leaseco, LLC**<br>**Attn:  David K. Levy, President**<br>**44225 Utica Road**<br>**Utica, MI 48317** |
| **James A. Trippe Jr.**<br>**7 Terrain Drive**<br>**Greenville, SC 29605** | **Independence National Bank**<br>**PO Box 1776**<br>**Greenville, SC 29602** |
| **Paul Trippe**<br>**c/o Trisha Vaughn**<br>**4401 Locust Hill Road**<br>**Taylors, SC 29687** | **Republic Business Credit, LLC**<br>**201 St. Charles Avenue, Suite 2409**<br>**New Orleans, LA 70170** |
| **Paul Trippe**<br>**c/o Trisha Vaughn**<br>**4401 Locust Hill Road**<br>**Taylors, SC 29687** | **Utica Leaseco, LLC**<br>**Attn:  David K. Levy, President**<br>**44225 Utica Road**<br>**Utica, MI 48317** |
| **Paul Trippe**<br>**c/o Trisha Vaughn**<br>**4401 Locust Hill Road**<br>**Taylors, SC 29687** | **Independence National Bank**<br>**PO Box 1776**<br>**Greenville, SC 29602** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re   **JAT, Inc.**                                                                Case No.   **13-07552**

                                                 Debtor(s)               Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have
read the foregoing summary and schedules, consisting of   **18**   sheets, and that they are true and correct to the best
of my knowledge, information, and belief.

Date   **1/18/14**                              Signature   **/s/ Paul M. Trippe**
                                                            **Paul M. Trippe**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.