## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re: JAT, INC.
　　　　　　　　　　　　　　　　§　　Case No. 13-07552-HB
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John K. Fort, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $694,722.00 **(without deducting any secured claims)** | Assets Exempt: N/A |
| Total Distributions to Claimants: $767,900.13 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $216,965.84 | |

3) Total gross receipts of $984,865.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $984,865.97 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,500,000.00 | $1,278,357.20 | $537,500.00 | $537,500.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $216,873.35 | $216,965.84 | $216,965.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $105,400.00 | $91,222.49 | $86,468.35 | $86,468.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,131,087.00 | $3,211,542.18 | $3,021,591.01 | $143,931.78 |
| **TOTAL DISBURSEMENTS** | $5,736,487.00 | $4,797,995.22 | $3,862,525.20 | $984,865.97 |

4) This case was originally filed under chapter 7 on 12/21/2013.  The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      10/30/2017                            By: /s/ John K. Fort
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE  15-80200 | 1241-000 | $30,000.00 |
| OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | 1129-000 | $455.00 |
| ACCOUNTS RECEIVABLE LIST ATTACHED IS APPROXIMATE | 1129-000 | $974.06 |
| PREFERENCE 16-80016 | 1241-000 | $210,000.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $204,350.00 |
| PREFERENCE FIELDS SPECIALTY | 1241-000 | $8,500.00 |
| DIFFERENCE BETWEEN GUARANTEED GROSS RETURN AND ACTUAL AUCTION SALES | 1129-000 | $386,218.56 |
| Preference 15-80205 | 1241-000 | $3,907.00 |
| MISCELLANEOUS MACHINERY, FIXTURES AND EQUIPMENT. | 1129-000 | $33,976.44 |
| MISC. REFUND | 1229-000 | $637.99 |
| PREFERENCE  15-80206 | 1241-000 | $27,779.41 |
| Preference No. 15-80202 | 1241-000 | $20,000.00 |
| Preference 15-80207 | 1241-000 | $9,250.00 |
| MISC. REFUND | 1229-000 | $317.51 |
| PREFERENCE OZARK MATERIALS | 1241-000 | $6,000.00 |
| Preference No 15-80208 | 1241-000 | $2,500.00 |
| PREFERENCE 15-80201 | 1241-000 | $40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$984,865.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | REPUBLIC BUSINESS CREDIT | 4210-000 | NA | $42,500.00 | $42,500.00 | $42,500.00 |
| | Utica Leaseco, LLC | 4210-000 | NA | $100,000.00 | $100,000.00 | $100,000.00 |
| | Utica Leaseco, LLC | 4210-000 | NA | $395,000.00 | $395,000.00 | $395,000.00 |
| 10-2 | ENNIS PAINT, INC. DBA ENNIS TRAFFIC SAFETY SOUTIONS C/O NCS | 4210-000 | NA | $552,923.29 | $0.00 | $0.00 |
| 11 | Independence National Bank | 4110-000 | NA | $187,933.91 | $0.00 | $0.00 |
| N/F | Independence National Bank | 4110-000 | $200,000.00 | NA | NA | NA |
| N/F | Republic Business Credit, LLC | 4110-000 | $800,000.00 | NA | NA | NA |
| N/F | Utica Leaseco, LLC | 4110-000 | $500,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,500,000.00** | **$1,278,357.20** | **$537,500.00** | **$537,500.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John K. Fort | 2100-000 | NA | $52,493.30 | $52,493.30 | $52,493.30 |
| Trustee, Expenses - John K. Fort | 2200-000 | NA | $2,608.15 | $2,608.15 | $2,608.15 |
| Attorney for Trustee Fees - BRUNER POWELL WALL & MULLINS, LLC | 3110-000 | NA | $3,916.67 | $3,916.67 | $3,916.67 |
| Attorney for Trustee Fees - ROE CASSIDY COATES & PRICE, PA | 3110-000 | NA | $31,762.80 | $31,762.80 | $31,762.80 |
| Attorney for Trustee, Expenses - Roe, Cassidy, Coates & Price, P. A. | 3120-000 | NA | $6,224.91 | $6,224.91 | $6,224.91 |
| Attorney for Trustee, Expenses - ROE CASSIDY COATES & PRICE, PA | 3120-000 | NA | $1,275.94 | $1,275.94 | $1,275.94 |
| Accountant for Trustee, Fees - MCABEE, SCHWARTZ, HALLIDAY & CO. | 3310-000 | NA | $262.50 | $262.50 | $262.50 |
| Accountant for Trustee, Expenses - MCABEE, SCHWARTZ, HALLIDAY & CO. | 3320-000 | NA | $0.00 | $0.00 | $0.00 |
| Bond Payments - BOND | 2300-000 | NA | $61.25 | $61.25 | $61.25 |
| Bond Payments - JOHN K. FORT, TRUSTEE | 2300-000 | NA | $50.65 | $50.65 | $50.65 |
| Bond Payments - John K. Fort | 2300-000 | NA | $0.00 | $92.49 | $92.49 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $5,949.39 | $5,949.39 | $5,949.39 |
| Attorney for Trustee Fees (Other Firm) - Roe, Cassidy, Coates & Price, P. A. | 3210-000 | NA | $106,711.76 | $106,711.76 | $106,711.76 |
| Attorney for Trustee Expenses (Other Firm) - Roe, Cassidy, Coates & Price, P. A. | 3220-000 | NA | $4,499.38 | $4,499.38 | $4,499.38 |
| Attorney for Trustee Expenses (Other Firm) - BRUNER POWELL WALL & MULLINS, LLC | 3220-000 | NA | $1,056.65 | $1,056.65 | $1,056.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$216,873.35** | **$216,965.84** | **$216,965.84** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------------------|-----------------|----------------|---------------|-------------|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|-------------------|-------------------------------|----------------------------------------|----------------|-------------|
| 3P | SC Dept of Rev. & Tax | 5800-000 | NA | $6,247.13 | $6,247.13 | $6,247.13 |
| 4P | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | NA | $80,221.22 | $80,221.22 | $80,221.22 |
| 14 | GREENVILLE COUNTY TAX COLLECTOR | 5800-000 | $5,200.00 | $4,754.14 | $0.00 | $0.00 |
| N/F | Greenville County Auditor | 5800-000 | $5,200.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | $75,000.00 | NA | NA | NA |
| N/F | SC Dept of Rev. & Tax | 5800-000 | $15,000.00 | NA | NA | NA |
| N/F | SC Dept. of Employment & Workforce | 5800-000 | $5,000.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $105,400.00 | $91,222.49 | $86,468.35 | $86,468.35 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Penske Truck Leasing Co., L.P. | 7100-000 | $2,427.00 | $2,427.99 | $2,427.99 | $115.93 |
| 2 | Weissker Manufacturing LLC | 7100-000 | $93,000.00 | $82,461.85 | $82,461.85 | $3,937.08 |
| 3U | SC Dept of Rev. & Tax | 7300-000 | NA | $62.21 | $62.21 | $0.00 |
| 4U | Internal Revenue Service Centralized Insolvency Operation | 7300-000 | NA | $3,994.56 | $3,994.56 | $0.00 |
| 5 | MORRIS BUSINESS SOLUTIONS | 7100-000 | $300.00 | $236.34 | $236.34 | $11.29 |
| 6 | James Seals & Stripes, Inc. c/o Moretz & Skufca, PLLC | 7100-000 | NA | $17,550.39 | $0.00 | $0.00 |
| 7 | Batson Accounting and Tax | 7100-000 | $935.00 | $937.49 | $937.49 | $44.76 |
| 8 | SunTrust Bank Attn: Support Services | 7100-000 | NA | $11,584.95 | $11,584.95 | $553.11 |
| 9 | James A. Trippe Jr. | 7100-000 | $125,000.00 | $129,014.38 | $0.00 | $0.00 |
| 10 | ENNIS PAINT, INC. DBA ENNIS TRAFFIC SAFETY SOUTIONS C/O NCS | 7100-000 | NA | $119,934.69 | $119,934.69 | $5,726.17 |
| 12 | PAUL TRIPPE | 7100-000 | NA | $83,578.21 | $83,578.21 | $3,990.36 |
| 12U | PAUL TRIPPE | 7100-000 | NA | $17,991.00 | $17,991.00 | $858.96 |
| 13 | BLYTHE BROTHERS ASPHALT CO LLC ATTN ROBERT MCKINNEY | 7100-000 | NA | $43,386.40 | $0.00 | $0.00 |
| 15 | GENE D. MORIN, CONSERVATOR FOR KATELIN TRIPPE JACQUELINE H. PATTERSON, ESQ. | 7100-000 | NA | $125,000.00 | $125,000.00 | $5,968.01 |

| 16 | Kennison Dudley & Crawford | 7100-000 | NA | $6,432.50 | $6,432.50 | $307.11 |
| 17 | Ozark Materials, LLC c/o George W. Thomas Gilpin Givhan, PC | 7100-000 | $145,000.00 | $153,094.77 | $153,094.77 | $7,309.37 |
| 18 | FLINT TRADING INC ENNIS-FLINT ATTN: TED NAVILSKAS, GENERAL COUNSEL | 7100-000 | $966,000.00 | $14,931.55 | $14,931.55 | $712.89 |
| 19 | ENNIS PAINT INC ENNIS-FLINT ATTN: TED NAVILSKAS, GENERAL COUNSEL | 7100-000 | $966,000.00 | $1,799,668.25 | $1,799,668.25 | $85,923.50 |
| 20-2 | Companion Property and Casualty Insurance Company c/o John Northrop National Claim Services | 7100-000 | NA | $552,985.87 | $552,985.87 | $26,401.80 |
| 21 | Precept Staffing Inc | 7200-000 | $2,728.00 | $2,882.38 | $2,882.38 | $0.00 |
| 22 | CHRISTOPHER TRUCKS | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 23 | CHRISTOPHER TRUCKS | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 24 | BLYTHE BROTHERS ASPHALT CO LLC ATTN ROBERT MCKINNEY | 7100-000 | NA | $43,386.40 | $43,386.40 | $2,071.44 |
| N/F | AMEX | 7100-000 | $120,000.00 | NA | NA | NA |
| N/F | AT&T Universal | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Advance Tape Markings | 7100-000 | $9,175.00 | NA | NA | NA |
| N/F | American Towing & Recovery | 7100-000 | $15,596.00 | NA | NA | NA |
| N/F | Amerigas | 7100-000 | $6,231.00 | NA | NA | NA |
| N/F | Andy Oxy | 7100-000 | $57.00 | NA | NA | NA |
| N/F | Atlas COPC Const. | 7100-000 | $804.00 | NA | NA | NA |

| N/F | BANNISTER, WYATT & KAPPEL, LLC | 7100-000 | $5,311.00 | NA | NA | NA |
| N/F | BC Cannon | 7100-000 | $7,023.00 | NA | NA | NA |
| N/F | Batson Accounting and Tax | 7100-000 | $935.00 | NA | NA | NA |
| N/F | Christopher Trucks | 7100-000 | $4,835.00 | NA | NA | NA |
| N/F | Clarkson Walsh Terrell & Coulter | 7100-000 | $1,593.00 | NA | NA | NA |
| N/F | DOBCO, Sherwin Williams c/o Grim ball & Cabaniss, LLC | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | Echols Oil | 7100-000 | $513.00 | NA | NA | NA |
| N/F | Eller Diesel Truck & Trailer | 7100-000 | $4,318.00 | NA | NA | NA |
| N/F | Ennis Flint/Paint/Traffic Safety | 7100-000 | $966,000.00 | NA | NA | NA |
| N/F | Estill Gas Company | 7100-000 | $374.00 | NA | NA | NA |
| N/F | Haynes Locksmith Shop | 7100-000 | $150.00 | NA | NA | NA |
| N/F | James A. Trippe Jr. | 7100-000 | $125,000.00 | NA | NA | NA |
| N/F | Kennison Dudley & Crawford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Labor Finders | 7100-000 | $4,003.00 | NA | NA | NA |
| N/F | Linder Industrial Machinery Co | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Morris Business Solutions | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Ozark | 7100-000 | $145,000.00 | NA | NA | NA |
| N/F | Penske | 7100-000 | $2,427.00 | NA | NA | NA |
| N/F | Pitney Bowes | 7100-000 | $196.00 | NA | NA | NA |
| N/F | Precept Staffing | 7100-000 | $2,728.00 | NA | NA | NA |

| N/F | Research Derivitaves | 7100-000 | $2,706.00 | NA | NA | NA |
|-----|----------------------|----------|-----------|-----|-----|-----|
| N/F | SC Department of Transportation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Suburban Propane | 7100-000 | $687.00 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $5,409.00 | NA | NA | NA |
| N/F | Thomas Gasco | 7100-000 | $4,224.00 | NA | NA | NA |
| N/F | Uline | 7100-000 | $405.00 | NA | NA | NA |
| N/F | WCI of SC | 7100-000 | $97.00 | NA | NA | NA |
| N/F | Weissker Manufacturing | 7100-000 | $93,000.00 | NA | NA | NA |
| N/F | Wells Fargo | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,131,087.00** | **$3,211,542.18** | **$3,021,591.01** | **$143,931.78** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 13-07552-HB

**Case Name:** JAT, INC.

**For Period Ending:** 10/30/2017

**Trustee Name:** (600020) John K. Fort

**Date Filed (f) or Converted (c):** 12/21/2013 (f)

**§ 341(a) Meeting Date:** 02/19/2014

**Claims Bar Date:** 05/23/2014

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property Formally**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | COMMERCIAL BUILDINGS AND LAND LOCATED AT 5135 LO<br>Orig. Description: Commercial Buildings and Land, located at 5135 Locust Hill Road, Travelers Rest, SC<br>Tax Map #0648050100305<br>Tax assessed value $201,130.00<br>Debtor believes value to be<br>closer to $300,000.00<br>362 Motion filed by Lienholder, Independence National Bank | 300,000.00 | 100,000.00 | | 0.00 | FA |
| 2 | TD BANK ACCOUNT 7100858204 (NEGATIVE BALANCE)<br>Original Description: TD Bank Account<br>7100858204 (Negative Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | INDEPENDENCE BANK 200008233 (NEGATIVE BALANCE)<br>Original Description: Independence Bank<br>200008233 (Negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | PROTECTIVE LIFE TERM LIFE INSURANCE POLICY DEBTO<br>Original Description: Protective Life Term Life Insurance Policy<br>Debtor Owner<br>Paul Trippe<br>Insured Beneficiaries: Trippe's Children; | 0.00 | 0.00 | | 0.00 | FA |
| 5* | ACCOUNTS RECEIVABLE LIST ATTACHED IS APPROXIMATE<br>Originial Description: Accounts Receivable<br>List Attached is Approximate;  Trustee has determined that the remaining A/R are uncollectible. (See Footnote) | 1,303,687.00 | 503,687.00 | | 974.06 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 2

Case No.:   13-07552-HB

Case Name:   JAT, INC.

For Period Ending:   10/30/2017

Trustee Name:   (600020) John K. Fort

Date Filed (f) or Converted (c):   12/21/2013 (f)

§ 341(a) Meeting Date:   02/19/2014

Claims Bar Date:   05/23/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 6 | INSURANCE CLAIMS WESTFIELD INSURANCE COMPANIES C<br>Original Description: Insurance Claims<br>Westfield Insurance Companies<br>c/o BB&T - CIC<br>864-297-4444<br>Claim Numbers: NR-CMM-4995592-10-04-13-A, R-CMM-4995592-07-30-13-A,NR-CMM-4995592-06-17-13-A<br>Value of these claims is unliquidated and therefore, unknown. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | BOND CLAIM AGAINST: MAYMEAD, INC. AND TRAVELERS<br>Original Description: Bond Claim against<br>Maymead, Inc. and Travelers Casualty and Surety Company<br>of America<br>Value of Claim is unliquidated and therefore, unknown. | 51,428.00 | 51,428.00 | | 0.00 | FA |
| 8 | BOND CLAIM AGAINST: BOGGS PAVING INC. AND LIBERT<br>Original Description: Bond Claim against<br>Boggs Paving Inc. and<br>Liberty Mutual Insurance Company<br>Value of claim is unliquidated and therefore, unknown. | 84,096.00 | 84,096.00 | | 0.00 | FA |
| 9 | BOND CLAIM AGAINST: RILEY PAVING<br>Original Description: Bond Claim against<br>Riley Paving<br>Value of claim is unliquidated and therefore, unknown. | 152,947.00 | 152,947.00 | | 0.00 | FA |
| 10 | BOND CLAIM AGAINST: S.T. WOOTEN CORP.<br>Original Description: Bond Claim against<br>S.T. Wooten Corporation<br>Value of claim is unliquidated and therefore, unknown. | 8,251.00 | 8,251.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES<br>All automobiles and other vehicles sold in one lot at Auction. | 598,500.00 | 98,500.00 | | 204,350.00 | FA |

## Form 1
## Individual Estate Property Record and Report
### Asset Cases

Exhibit 8

Page:  3

**Case No.:**   13-07552-HB

**Case Name:**   JAT, INC.

**For Period Ending:**    10/30/2017

**Trustee Name:**    (600020) John K. Fort

**Date Filed (f) or Converted (c):**  12/21/2013 (f)

**§ 341(a) Meeting Date:**  02/19/2014

**Claims Bar Date:**  05/23/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES<br>All office equipment, furnishings and supplies sold in one lot at Auction. | 500.00 | 500.00 | | 455.00 | FA |
| 13 | MISCELLANEOUS MACHINERY, FIXTURES AND EQUIPMENT.<br>All machinery, fixtures and equipment sold in one lot at Auction. | 198,110.00 | 198,110.00 | | 33,976.44 | FA |
| 14 | INVENTORY OF WORK PRODUCT<br>Trustee determined he was unable to liquidate the Inventory of Work Product (Work in Progress), therefore, value is -0-. | 88,000.00 | 88,000.00 | | 0.00 | FA |
| 15 | SHOP CAMERA SECURITY SYSTEM (SPI SECURITY INSTAL<br>OriginalDescription: Shop Camera Security System SPI Security installed | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 16 | MISC. REFUND (u)<br>Kansas City Life Insurance | Unknown | 317.51 | | 317.51 | FA |
| 17 | MISC. REFUND (u)<br>B B & T Insurance Services, Inc. | 0.00 | 637.99 | | 637.99 | FA |
| 18 | DIFFERENCE BETWEEN GUARANTEED GROSS RETURN AND ACTUAL AUCTION SALES<br>The Auctioneer guaranteed a return of $625,000.00 at auction. The auction netted $238,781.44 is reflected in Assets #11, #12, and #13. The Auctioneer attempted to sell the assets for more, but was not successful so, on 07/29/15, the Auctioneer said they had ceased trying to resell the assets (#11, #12, and #13) for more than the auction price.  This entry reflects the difference between $625,000.00 and $238,781.44. The $625,000.00 was paid on 06/04/14. | 0.00 | 386,218.56 | | 386,218.56 | FA |
| 19 | PREFERENCE  15-80206 (u)<br>FORT V WELLS FARGO BANK, NA | 0.00 | 27,779.41 | | 27,779.41 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

Case No.:   13-07552-HB

Case Name:   JAT, INC.

For Period Ending:   10/30/2017

Trustee Name:   (600020) John K. Fort

Date Filed (f) or Converted (c):   12/21/2013 (f)

§ 341(a) Meeting Date:   02/19/2014

Claims Bar Date:   05/23/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | PREFERENCE FIELDS SPECIALTY (u)<br>Settled prior to filing an adversary. Settlement of $8,500.00.<br>Deposit made: 03/28/16 $3,000.00, 05/15/16 $3,000.00, and 08/11/16 $2,500.00 | 0.00 | 9,000.00 | | 8,500.00 | FA |
| 21 | VOID (u)<br>FORT V BANK OF AMERICA, NA<br>See Asset #25 | VOID | VOID | VOID | VOID | VOID |
| 22 | VOID (u)<br>FORT V SUNTRUST BANKS INC.<br>See Asset #27 | VOID | VOID | VOID | VOID | VOID |
| 23 | VOID (u)<br>FORT V TD BANK<br>See Asset #28 | VOID | VOID | VOID | VOID | VOID |
| 24 | PREFERENCE OZARK MATERIALS (u)<br>Settlement of $6,000.00 prior to filing an adversary.<br>Deposit 04/11/16 $6,000.00 | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 25 | Preference 15-80207 (u)<br>Fort vs Bank of America 15-80207<br>Deposit 4/14/16 $9,250.00 | 0.00 | 9,250.00 | | 9,250.00 | FA |
| 26 | Preference 15-80205 (u)<br>Fort vs.  BB&T 15-80205<br>Deposit 04/14/16 $3,907.00 | 0.00 | 3,907.00 | | 3,907.00 | FA |
| 27 | Preference No 15-80208 (u)<br>Fort vs. Suntrust Banks, Inc. 15-80208<br>Deposit 04/14/16 $2,500.00 | 0.00 | 2,500.00 | | 2,500.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 5

**Case No.:**  13-07552-HB

**Case Name:**  JAT, INC.

**For Period Ending:**  10/30/2017

**Trustee Name:**  (600020) John K. Fort

**Date Filed (f) or Converted (c):**  12/21/2013 (f)

**§ 341(a) Meeting Date:**  02/19/2014

**Claims Bar Date:**  05/23/2014

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Preference No. 15-80202 (u) <br> Fort vs TC Bank, NA 15-80202 <br> Deposit 04/14/16 $20,000.00 | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 29 | PREFERENCE  15-80200 (u) <br> Fort vs Capital One 15-80200 <br> Deposit 08/25/16 $30,000.00 | 0.00 | 43,765.88 | | 30,000.00 | FA |
| 30 | PREFERENCE 15-80201 (u) <br> Fort vs Ennis Paint 15-80201 <br> Deposit 08/31/16 $40,000.00 | 0.00 | 52,911.55 | | 40,000.00 | FA |
| 31 | PREFERENCE 16-80016 (u) <br> Fort vs American Express 16-80016 <br> Deposit 04/26/17 $70,000.00 and $140,000.00 | 0.00 | 821,870.54 | | 210,000.00 | FA |
| **31** | **Assets      Totals**    (Excluding unknown values) | **$2,795,519.00** | **$2,679,677.44** | | **$984,865.97** | **$0.00** |

RE PROP# 5      Deposit 3/18/14 Linder Industrial: 195.26
Deposit 3/18/14 Magnolia Financial: 723.15
Deposit 4/14/14 Williams Scotsman: 55.65

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 6

| | |
|---|---|
| **Case No.:**   13-07552-HB | **Trustee Name:**   (600020) John K. Fort |
| **Case Name:**   JAT, INC. | **Date Filed (f) or Converted (c):**   12/21/2013 (f) |
| | **§ 341(a) Meeting Date:**   02/19/2014 |
| **For Period Ending:**   10/30/2017 | **Claims Bar Date:**   05/23/2014 |

**Major Activities Affecting Case Closing:**

7/1/14
Debtor was in the business of putting lines/stripes on highways.  The assets consisted of equipment mounted on trailers/trucks, a small amount of inventory, and the real estate. Information was scarce at the beginning of the case since the schedules were not filed until approximately 30 days after filing. There were two liens on the equipment and vehicles.  Uticalease had a first lien on vehicles (perfected late) and equipment.  Republic Business Credit had a second lien on equipment and a first lien on accounts receivable.  It should be noted that the titled  (vehicles and trailers) could not be separated from the equipment without destroying both the titled item and the equipment.  The trustee received a call days after the filing from Uticalease concerning the status of the vehicles.  Trustee obtained the gate codes and inspected the premises.  He also removed the computers and records and took them back to his office. It was apparent some equipment was missing and the principal of the debtor said it was in Kannapolis, NC.  Trustee went to the location and found only some of the equipment.  The balance was later located at a towing facility. UticaLease contacted several auction companies to hold an auction with a guaranteed result.  The best arrangement was with Hilco Industrial, LLC.  The asset purchase agreement was negotiated with Hilco, Utica and Republic with a $625,000 guarantee.  Uticalease agreed to a reduction in their payoff based on the perfection issue on the vehicles.  The estate was guaranteed 10% of the gross sale with a minimum of $62,500.  The auction was held and the minimum was not met so the estate received $62,500.  Trustee has met with Roe, Cassidy about representing the estate in pursuing potential causes of action, including actions under 547/548. They also assisted in following up on research by trustee as to the equipment/vehicle perfection issues. There are also issues involving how the business lost so much money in the last 6 months.  It is anticipated they will be appointed in the next 60 days.  Bob Faulkner will also be appointed.

7/15   ACTIVITY DURING REPORTING PERIOD

9/14
Met with Amber, Josh and Terri Trippe, Paul's estranged wife.  She gave leads to where she thought assets may be secreted and explained the relationship between Paul Trippe and Tricia.

11/14
Discussions with Roe Cassidy and Terri Trippe leads appear weak at best--scorned woman.  Atty Hebron may have lead on a fraudulent transfer/preference to the paint company.  Referred him to Roe Cassidy.

1/15
2004 of JAT (Trippe) cancelled.  Roe Cassidy thinks action vs. Paul is a dead end and he appears broke.

6/15  followed up on email from April about rescheduling the 2004 and reminded them about maybe 548 v. Am. Express.   reviewed claims.  objections will be filed after annuals are submitted.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 7

**Case No.:**   13-07552-HB

**Case Name:**   JAT, INC.

**For Period Ending:**   10/30/2017

**Trustee Name:**   (600020) John K. Fort

**Date Filed (f) or Converted (c):**   12/21/2013 (f)

**§ 341(a) Meeting Date:**   02/19/2014

**Claims Bar Date:**   05/23/2014

ACTIVITY DURING REPORTING PERIOD 7/1/2015 THRU 6/30/16

8/15 still explaining to Josh about AmEx  and why it appears to be a 548 action--paying personal card using estate funds.

10/15  Dana Leahy represents bank with building.  Called to say all of the siding had been removed from the building.  Told her it was complete at the end of last year when we left it.  She filed insurance claim--called later to say it was paid.

12/15:  Josh Hudson filed the remaining 547/548 actions.  Had a couple of conflicts and I suggested they send them to Joey Floyd.  Got Floyd appointed and all actions filed. Actions v. Capital Bank, Ennis Paint, TD Bank, Paul Trippe,James Seals and Stripes, BBT, WF, BofA, SunTrust, Ozark

1/16 Dismissed James Seal case

2/16 Settled Ozark and Fields

2/16 Settled BofA

3/16 Settled for atty fees basically with Sun Trust

3/16 Claims reviewed and objections filed.  Orders entered.  Appointed McAbee Schwartz to prepare tax returns.

4/16 Last month fiasco with BBT default then hearing setting aside default then settled

6/16 Found Trippe filed personally

8/16 Met Josh ref Amex--remaining adversary.

9/16 Discuss numerous times with Hudson--resolution of Amex.  Atty in Atlanta rather unreasonable--move forward to try

11/16 Have continued discussions.  Met J. Hudson for game plan --decided we would stay hardline on our claim--not going to negotiate against ourselves. Will continue adversary

2/22/17 Update request sent to Josh Hudson

2/23/17 Mediation before Johnny Butler at HBWG offices.  Settled all issues with American Express

3/21/17 Josh Hudson- John, The only remaining adversary in this bankruptcy is with American Express. We have settled this matter and have filed the

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  8

**Case No.:**   13-07552-HB

**Case Name:**   JAT, INC.

**For Period Ending:**   10/30/2017

**Trustee Name:**   (600020) John K. Fort

**Date Filed (f) or Converted (c):**   12/21/2013 (f)

**§ 341(a) Meeting Date:**   02/19/2014

**Claims Bar Date:**   05/23/2014

notice and motion for settlement with the court. All other adversaries have been settled. Let me know if you need anything additional or have any questions.

4/17/17 Rechecked Claims

4/25/17 Deposit made for American Express settlement.
Prepare to close case.

4/28/17 TFR submitted

6/9/17 TFR approved
NFR served

**Initial Projected Date Of Final Report (TFR):**       12/31/2014

**Current Projected Date Of Final Report (TFR):**       06/09/2017 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/18/2014 | | LINDER INDUSTRIAL MACHINERY CO | Acct #101; Payment #1; PAYMENT OF OUTSTANDING A/R | | 195.26 | | 195.26 |
| | {5} | | Acct #101; Payment #1; PAYMENT OF OUTSTANDING A/R           $195.26 | 1129-000 | | | 195.26 |
| 03/18/2014 | | MAGNOLIA FINANCIAL INC | Acct #102; Payment #1; PAYMENT OF OUTSTANDING A/R. | | 723.15 | | 918.41 |
| | {5} | | Acct #102; Payment #1; PAYMENT OF OUTSTANDING A/R.           $723.15 | 1129-000 | | | 918.41 |
| 03/18/2014 | {16} | KANSAS CITY LIFE INSURANCE COMPANY | REFUND ON GROUP LIFE INSURANCE POLICY | 1229-000 | 317.51 | | 1,235.92 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,225.92 |
| 04/14/2014 | | WILLIAMS SCOTSMAN, INC | Acct #103; Payment #1; A/R PAYMENT | | 55.65 | | 1,281.57 |
| | {5} | | Acct #103; Payment #1; A/R PAYMENT           $55.65 | 1129-000 | | | 1,281.57 |

*{ } Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,271.57 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,261.57 |
| 06/03/2014 | {17} | BB&T INSURANCE SERVICES, INC. | REFUND ON INSURANCE PREMIUM. | 1229-000 | 637.99 | | 1,899.56 |
| 06/04/2014 | | HILCO | AUCTION PROCEEDS | | 625,000.00 | | 626,899.56 |
| | {12} | | OFFICE FURNITURE AND FIXTURES $455.00 | 1129-000 | | | 626,899.56 |
| | {13} | | MACHINERY AND EQUIPMENT $33,976.44 | 1129-000 | | | 626,899.56 |
| | {11} | | VEHICLES $204,350.00 | 1129-000 | | | 626,899.56 |
| | {18} | | DIFFERENCE GUARANTEED GROSS AND ACTUAL SALES $386,218.56 | 1129-000 | | | 626,899.56 |
| 06/11/2014 | | Utica Leaseco, LLC | LIEN PAYOFF - EQUIPMENT | 4210-000 | | 395,000.00 | 231,899.56 |

{} Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**                                    ! - transaction has not been cleared

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07552-HB |
| **Case Name:** | JAT, INC. |
| **Taxpayer ID #:** | **-***5822 |
| **For Period Ending:** | 10/30/2017 |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/19/2014 | | Utica Leaseco, LLC | Remaining funds for lien payoff | 4210-000 | | 100,000.00 | 131,899.56 |
| 06/25/2014 | 101 | REPUBLIC BUSINESS CREDIT | PAYMENT OF SECOND LIEN ON EQUIPMENT PER SETTLEMENT ORDER DATED 4/1/14. Voided on 06/26/2014 | 4210-000 | | 47,500.00 | 84,399.56 |
| 06/26/2014 | 101 | REPUBLIC BUSINESS CREDIT | PAYMENT OF SECOND LIEN ON EQUIPMENT PER SETTLEMENT ORDER DATED 4/1/14. Voided: check issued on 06/25/2014 | 4210-000 | | -47,500.00 | 131,899.56 |
| 06/26/2014 | 102 | REPUBLIC BUSINESS CREDIT | PARTIAL PAYMENT OF JUNIOR LIEN ON EQUIPMENT PER SETTLEMENT ORDER DATED 4/1/14 | 4210-000 | | 42,500.00 | 89,399.56 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 361.35 | 89,038.21 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.36 | 88,872.85 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.56 | 88,749.29 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.16 | 88,613.13 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.70 | 88,481.43 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.53 | 88,366.90 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.05 | 88,222.85 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.89 | 88,095.96 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.26 | 87,977.70 |
| 03/20/2015 | 103 | JOHN K. FORT, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/20/2015 FOR CASE #13-07552 | 2300-000 | | 50.65 | 87,927.05 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.96 | 87,792.09 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.27 | 87,665.82 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.88 | 87,543.94 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 134.31 | 87,409.63 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.91 | 87,279.72 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.35 | 87,158.37 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 133.73 | 87,024.64 |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.17 | 86,899.47 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.82 | 86,778.65 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 137.31 | 86,641.34 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 120.14 | 86,521.20 |
| 02/25/2016 | {19} | ROE CASSIDY COATES & PRICE, PA | Fort v Wells Fargo Bank, NA | 1241-000 | 27,779.41 | | 114,300.61 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.29 | 114,179.32 |
| 03/11/2016 | 104 | John K. Fort | Reimbursement of bond payment paid by personal check | 2300-000 | | 61.25 | 114,118.07 |
| 03/28/2016 | {20} | Fields Specialty Contractors | Fields Specialty Contractors Preference Settlement | 1241-000 | 3,000.00 | | 117,118.07 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 180.42 | 116,937.65 |
| 04/11/2016 | {24} | GilpinGivhan | Preference/Ozark Materials, LLC | 1241-000 | 6,000.00 | | 122,937.65 |
| 04/14/2016 | {25} | Bank of America Corp | Adversary Proceeding Settlement Case No. 15-80207 | 1241-000 | 9,250.00 | | 132,187.65 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/14/2016 | {26} | BB&T | Adversary Proceeding 15-80205 | 1241-000 | 3,907.00 | | 136,094.65 |
| 04/14/2016 | {27} | SunTrust Banks, Inc | Preference Settlement Adversary No 15-80208 | 1241-000 | 2,500.00 | | 138,594.65 |
| 04/14/2016 | {28} | TD Bank, N A | Preference Settlement, Adversary Proceeding 15-80202 | 1241-000 | 20,000.00 | | 158,594.65 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 190.89 | 158,403.76 |
| 05/15/2016 | {20} | Fields Specialty Contractors | 3,000. Payment of 8,500. Settlement (03/09/16 Order) | 1241-000 | 3,000.00 | | 161,403.76 |
| 05/16/2016 | 105 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY FEES PER ORDER DATED 5/6/16 | 3210-000 | | 22,711.76 | 138,692.00 |
| 05/16/2016 | 106 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY EXPENSES PER ORDER DATED 5/6/16 | 3120-000 | | 6,224.91 | 132,467.09 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 210.15 | 132,256.94 |

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07552-HB |
| **Case Name:** | JAT, INC. |
| **Taxpayer ID #:** | **-***5822 |
| **For Period Ending:** | 10/30/2017 |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/2016 | 107 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY FEES PER ORDER DATED 6/1/16. CHECK VOIDED 6/20/16. REASON: INCORRECT PAYEE. Voided on 06/20/2016 | 3210-000 | | 3,916.67 | 128,340.27 |
| 06/20/2016 | 107 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY FEES PER ORDER DATED 6/1/16. CHECK VOIDED 6/20/16. REASON: INCORRECT PAYEE. Voided: check issued on 06/20/2016 | 3210-000 | | -3,916.67 | 132,256.94 |
| 06/20/2016 | 108 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY EXPENSES PER ORDER DATED 6/1/16. CHECK VOIDED 6/20/16. REASON: INCORRECT PAYEE. Voided on 06/20/2016 | 3220-000 | | 1,056.65 | 131,200.29 |
| 06/20/2016 | 108 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY EXPENSES PER ORDER DATED 6/1/16. CHECK VOIDED 6/20/16. REASON: INCORRECT PAYEE. Voided: check issued on 06/20/2016 | 3220-000 | | -1,056.65 | 132,256.94 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                        *! - transaction has not been cleared*

Exhibit 9
Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/2016 | 109 | BRUNER POWELL WALL & MULLINS, LLC | TRUSTEE ATTORNEY FEES PER ORDER DATED 6/1/16 | 3110-000 | | 3,916.67 | 128,340.27 |
| 06/20/2016 | 110 | BRUNER POWELL WALL & MULLINS, LLC | TRUSTEE ATTORNEY EXP PER ORDER DATED 6/1/16 | 3220-000 | | 1,056.65 | 127,283.62 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 207.04 | 127,076.58 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 176.20 | 126,900.38 |
| 08/11/2016 | {20} | Fields Specialty Contractors | Preference Settlement | 1241-000 | 2,500.00 | | 129,400.38 |
| 08/25/2016 | {29} | Capital One | Adversary 15-80200 Settlement of Transfers/Preferences | 1241-000 | 30,000.00 | | 159,400.38 |
| 08/31/2016 | {30} | RoeCassidyCoates & Price, PA | Settlement of Adversary 15-80201 | 1241-000 | 40,000.00 | | 199,400.38 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 209.67 | 199,190.71 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 283.81 | 198,906.90 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 275.80 | 198,631.10 |

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-07552-HB |
| **Case Name:** | JAT, INC. |
| **Taxpayer ID #:** | **-***5822 |
| **For Period Ending:** | 10/30/2017 |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/2016 | 111 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY FEES PURSUANT TO ORDER DATED 11/2/16 | 3110-000 | | 31,762.80 | 166,868.30 |
| 11/03/2016 | 112 | ROE CASSIDY COATES & PRICE, PA | TRUSTEE ATTORNEY EXPENSES PURSUANT TO ORDER DATED 11/2/16 | 3120-000 | | 1,275.94 | 165,592.36 |
| 11/28/2016 | 113 | INSURANCE PARTNERS AGENCY, INC. | Bond Premium Payment Entry Error Voided on 11/29/2016 | 2300-000 | | 152.47 | 165,439.89 |
| 11/28/2016 | 114 | John K. Fort | Bond Premium Payment Entry Error Voided on 11/29/2016 | 2300-000 | | 152.47 | 165,287.42 |
| 11/29/2016 | 113 | INSURANCE PARTNERS AGENCY, INC. | Bond Premium Payment Entry Error Voided: check issued on 11/28/2016 | 2300-000 | | -152.47 | 165,439.89 |
| 11/29/2016 | 114 | John K. Fort | Bond Premium Payment Entry Error Voided: check issued on 11/28/2016 | 2300-000 | | -152.47 | 165,592.36 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 280.24 | 165,312.12 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 237.12 | 165,075.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 253.22 | 164,821.78 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 221.26 | 164,600.52 |
| 03/14/2017 | 115 | John K. Fort | Reimbursement to John Fort for Insurance Partners | 2300-000 | | 92.49 | 164,508.03 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 244.57 | 164,263.46 |
| 04/25/2017 | {31} | American Express Travel Related Services | Preference/Fraudulent Transfer Litigation 16-80016-HB Settlement | 1241-000 | 70,000.00 | | 234,263.46 |
| 04/25/2017 | {31} | American Express Travel Related Services | Preference/Fraudulent Transfer Litigation 16-80016-HB Settlement | 1241-000 | 140,000.00 | | 374,263.46 |
| 08/03/2017 | 116 | MCABEE, SCHWARTZ, HALLIDAY & CO. | MCABEE, SCHWARTZ, HALLIDAY & CO.13-07552JAT, INC.$262.50$262.50Contact: | 3310-000 | | 262.50 | 374,000.96 |
| 08/03/2017 | 117 | Roe, Cassidy, Coates & Price, P. A. | Roe, Cassidy, Coates & Price, P. A.13-07552JAT, INC.$4,499.38$4,499.38Contact: | 3220-000 | | 4,499.38 | 369,501.58 |
| 08/03/2017 | 118 | John K. Fort | Combined trustee compensation & expense dividend payments. | | | 55,101.45 | 314,400.13 |

Exhibit 9
Page: 11

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Fri, 04-28-2017 $52,493.30 | 2100-000 | | | 314,400.13 |
| | | | Claims Distribution - Fri, 04-28-2017 $2,608.15 | 2200-000 | | | 314,400.13 |
| 08/03/2017 | 119 | Roe, Cassidy, Coates & Price, P. A. | Roe, Cassidy, Coates & Price, P. A.13-07552JAT, INC.$84,000.00$84,000.00Contact: | 3210-000 | | 84,000.00 | 230,400.13 |
| 08/03/2017 | 120 | SC Dept of Rev. & Tax | SC Dept of Rev. & Tax13-07552JAT, INC.$6,247.13$6,247.13Contact: johnkfort@gmail.com | 5800-000 | | 6,247.13 | 224,153.00 |
| 08/03/2017 | 121 | Internal Revenue Service Centralized Insolvency Operation | Internal Revenue Service Centralized Insolvency Operation13-07552JAT, INC.$80,221.22$80,221.22Contact: johnkfort@gmail.com | 5800-000 | | 80,221.22 | 143,931.78 |
| 08/03/2017 | 122 | Penske Truck Leasing Co., L.P. | Penske Truck Leasing Co., L.P.13-07552JAT, INC.$2,427.99$2,427.99Contact: | 7100-000 | | 115.93 | 143,815.85 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                    *! - transaction has not been cleared*

Exhibit 9
Page: 12

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 13-07552-HB

**Case Name:** JAT, INC.

**Taxpayer ID #:** **-***5822

**For Period Ending:** 10/30/2017

**Trustee Name:** John K. Fort (600020)

**Bank Name:** Rabobank, N.A.

**Account #:** ******0366 Checking Account

**Blanket Bond (per case limit):** $3,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/2017 | 123 | Weissker Manufacturing LLC | Weissker Manufacturing LLC13-07552JAT, INC.$82,461.85$82,461.85Contact: | 7100-000 | | 3,937.08 | 139,878.77 |
| 08/03/2017 | 124 | MORRIS BUSINESS SOLUTIONS | MORRIS BUSINESS SOLUTIONS13-07552JAT, INC.$236.34$236.34Contact: johnkfort@gmail.com | 7100-000 | | 11.29 | 139,867.48 |
| 08/03/2017 | 125 | Batson Accounting and Tax | Batson Accounting and Tax13-07552JAT, INC.$937.49$937.49Contact: johnkfort@gmail.com | 7100-000 | | 44.76 | 139,822.72 |
| 08/03/2017 | 126 | SunTrust Bank Attn: Support Services | SunTrust Bank Attn: Support Services13-07552JAT, INC.$11,584.95$11,584.95Contact: johnkfort@gmail.com | 7100-000 | | 553.11 | 139,269.61 |
| 08/03/2017 | 127 | ENNIS PAINT, INC. DBA ENNIS TRAFFIC SAFETY SOUTIONS C/O NCS | ENNIS PAINT, INC. DBA ENNIS TRAFFIC SAFETY SOUTIONS C/O NCS13-07552JAT, INC.$119,934.69$119,934.69Contact: johnkfort@gmail.com | 7100-000 | | 5,726.17 | 133,543.44 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                                                    *! - transaction has not been cleared*

Exhibit 9
Page: 13

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/2017 | 128 | PAUL TRIPPE | PAUL TRIPPE13-07552JAT, INC.$83,578.21$83,578.21Contact: johnkfort@gmail.com | 7100-000 | | 3,990.36 | 129,553.08 |
| 08/03/2017 | 129 | PAUL TRIPPE | PAUL TRIPPE13-07552JAT, INC.$17,991.00$17,991.00Contact: johnkfort@gmail.com | 7100-000 | | 858.96 | 128,694.12 |
| 08/03/2017 | 130 | GENE D. MORIN, CONSERVATOR FOR KATELIN TRIPPE JACQUELINE H. PATTERSON, ESQ. | GENE D. MORIN, CONSERVATOR FOR KATELIN TRIPPE JACQUELINE H. PATTERSON, ESQ.13-07552JAT, INC.$125,000.00$125,000.00Contact: johnkfort@gmail.com | 7100-000 | | 5,968.01 | 122,726.11 |
| 08/03/2017 | 131 | Kennison Dudley & Crawford | Kennison Dudley & Crawford13-07552JAT, INC.$6,432.50$6,432.50Contact: | 7100-000 | | 307.11 | 122,419.00 |
| 08/03/2017 | 132 | Ozark Materials, LLC c/o George W. Thomas Gilpin Givhan, PC | Ozark Materials, LLC c/o George W. Thomas Gilpin Givhan, PC13-07552JAT, INC.$153,094.77$153,094.77Contact: johnkfort@gmail.com | 7100-000 | | 7,309.37 | 115,109.63 |

*{} Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9
Page: 14

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | |
|---|---|
| **Trustee Name:** | John K. Fort (600020) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 Checking Account |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/03/2017 | 133 | FLINT TRADING INC ENNIS-FLINT ATTN:  TED NAVILSKAS, GENERAL COUNSEL | FLINT TRADING INC ENNIS-FLINT ATTN: TED NAVILSKAS, GENERAL COUNSEL13-07552JAT, INC.$14,931.55$14,931.55Contact: johnkfort@gmail.com | 7100-000 | | 712.89 | 114,396.74 |
| 08/03/2017 | 134 | ENNIS PAINT INC ENNIS-FLINT ATTN: TED NAVILSKAS, GENERAL COUNSEL | ENNIS PAINT INC ENNIS-FLINT ATTN: TED NAVILSKAS, GENERAL COUNSEL13-07552JAT, INC.$1,799,668.25$1,799,668.25Contact: johnkfort@gmail.com | 7100-000 | | 85,923.50 | 28,473.24 |
| 08/03/2017 | 135 | Companion Property and Casualty Insurance Company c/o John Northrop National Claim Services | Companion Property and Casualty Insurance Company c/o John Northrop National Claim Services13-07552JAT, INC.$552,985.87$552,985.87Contact: johnkfort@gmail.com | 7100-000 | | 26,401.80 | 2,071.44 |
| 08/03/2017 | 136 | BLYTHE BROTHERS ASPHALT CO LLC ATTN ROBERT MCKINNEY | BLYTHE BROTHERS ASPHALT CO LLC ATTN ROBERT MCKINNEY13-07552JAT, INC.$43,386.40$43,386.40Contact: | 7100-000 | | 2,071.44 | 0.00 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                                                      *! - transaction has not been cleared*

Exhibit 9
Page: 15

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-07552-HB | |
| **Case Name:** | JAT, INC. | |
| **Taxpayer ID #:** | **-***5822 | |
| **For Period Ending:** | 10/30/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | John K. Fort (600020) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******0366 Checking Account | |
| **Blanket Bond (per case limit):** | $3,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 984,865.97 | 984,865.97 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 984,865.97 | 984,865.97 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$984,865.97** | **$984,865.97** | |

## Form 2

Exhibit 9
Page:  16

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-07552-HB | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | JAT, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5822 | **Account #:** | ******0366 Checking Account |
| **For Period Ending:** | 10/30/2017 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $984,865.97 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $984,865.97 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0366 Checking Account | $984,865.97 | $984,865.97 | $0.00 |
| | **$984,865.97** | **$984,865.97** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**